# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARTHUR NICHOLAS, III

NO. 2026 KW 0640

**JULY 13, 2026**

---

In Re: Arthur Nicholas, III, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 23209.

---

**BEFORE: THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT